UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAWN C. HALL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 04-1934 |
| | * | |
| DRD TOWING, LLC | * | SECTION "K" MAG. (2) |
| | * | |
| | * | JUDGE DUVAL, MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### O R D E R

Considering the foregoing Joint Motion of Dismissal,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and demands set forth in the above-numbered and entitled action be and the same are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __26th__ day of __January__, 2007.

_____
UNITED STATES DISTRICT JUDGE

1